**FILED**

07/13/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0095

IN THE SUPREME COURT OF THE STATE OF MONTANA

Cause No. DA 21-0095

JADA KU,

          Plaintiff and Appellant,

-vs-

GREAT FALLS PUBLIC SCHOOLS,

          Defendant and Appellee.

**ORDER GRANTING APPELLEE'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE BRIEF**

Upon consideration of Appellees' Motion for Extension of Time to File Response Brief and good cause appearing, IT IS HEREBY ORDERED that Appellees' Response Brief shall be filed on or before August 18, 2021.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 13 2021